**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ABS-CBN CORPORATION; ABS-CBN FILM PRODUCTIONS, INC.; and ABS-CBN INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOES 1–10 inclusive d/b/a THE INDIVIDUALS, PARTNERSHIPS, OR BUSINESS ASSOCIATIONS IDENTIFIED AS FMOVIES.TO, inclusive,<br><br>Defendants. | Case № 2:16-cv-08021-ODW(PLAx)<br><br>**JUDGMENT** |

On June 7, 2017, the Court granted Plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc., and ABS-CBN International Corporation's (collectively, "ABS-CBN") Motion for Default Judgment as to their claims of federal trademark infringement, false designation of origin, common law trademark infringement, direct copyright infringement, contributory copyright infringement, and unfair competition and false advertising.

//

//

//

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendants John Does 1–10 inclusive d/b/a the Individuals, Partnerships, or Business Associations Identified as fmovies.to, inclusive (collectively, "Defendants") are liable to ABS-CBN for federal trademark infringement, false designation of origin, common law trademark infringement, direct copyright infringement, contributory copyright infringement, and unfair competition and false advertising;

2. Defendants are permanently enjoined from operating their website promoting infringing copies of ABS-CBN's copyrighted and trademarked material;

3. ABS-CBN is entitled to a transfer of the subject domain name in this lawsuit, "fmovies.to"; and

4. Defendants shall pay ABS-CBN Two Hundred Eighteen Thousand Two Hundred Dollars ($218,200) in attorneys' fees, costs, and statutory damages for Defendants' infringement of Plaintiffs' copyrights.

**IT IS SO ORDERED.**

June 7, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**